| | |
|---|---|
| **From:** | DOJ Civil Rights - Do Not Reply |
| **To:** | KORY FASCIO |
| **Subject:** | [External] Response: Your Civil Rights Division Report - 785815-FBB from the Employment Litigation Section |
| **Date:** | Wednesday, June 10, 2026 7:12:46 AM |

**CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.



**U.S. Department of Justice**
**Civil Rights Division**

civilrights.justice.gov

785815-FBB

**NOTICE OF RIGHT TO SUE WITHIN 90 DAYS**

Jun 10, 2026

Luke Ash

lukeandemilymusic@gmail.com

Re:     Luke Ash v. CITY OF BATON ROUGE/PARISH OF EAST BATON, et al., EEOC Charge No. 461-2026-00374

Dear Luke Ash,

You are receiving this notice because you filed the above charge(s) with the Equal Employment Opportunity Commission (EEOC), and you or your attorney specifically requested this notice.

Because either 180 days have passed since you filed the above charge(s), or because the EEOC has determined that it will not be able to conclude its administrative process within 180 days of the date it assumed jurisdiction of the charge(s), you are hereby notified that you have the right to file a lawsuit commencing a civil action based on the charge(s) under the following statute(s):

- Title VII of the Civil Rights Act of 1964, 42 USC. 42 U.S.C. § 2000e, et seq.

If you decide to file a lawsuit under the statute(s) identified above, **you must file it in the appropriate court within 90 days of receiving this Notice**.  This

Notice should not be taken to mean that the Department of Justice has made a judgment as to whether your charge is meritorious.  If you haven't already, you may want to consult with a private attorney of your own choosing and expense.

If you have questions or wish to inspect the investigative file pertaining to this matter, please address your inquiry to the following EEOC office: New Orleans Field Office. Contact information for this office can be located at https://www.eeoc.gov/field-office/neworleans/location.

Sincerely,

Complaint Referral Unit
Employment Litigation Section
Civil Rights Division

CC: lukeandemilymusic@gmail.com, ahill@lc.org, Ebranzaru@brla.gov, kory.fascio@eeoc.gov

## Contact

civilrights.justice.gov

 U.S. Department of Justice Civil Rights Division 950 Pennsylvania Avenue, NW Washington, D.C. 20530-0001

(202) 514-3847
1-855-856-1247 (toll-free)
Telephone Device for the Deaf (TTY) (202) 514-0716

**From:** DOJ Civil Rights - Do Not Reply
**To:** KORY FASCIO
**Subject:** [External] Response: Your Civil Rights Division Report - 785812-GJP from the Employment Litigation Section
**Date:** Wednesday, June 10, 2026 6:58:13 AM

**CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.



U.S. Department of Justice
**Civil Rights Division**                               | civilrights.justice.gov

785812-GJP

**NOTICE OF RIGHT TO SUE WITHIN 90 DAYS**

Jun 10, 2026

Luke Ash

lukeandemilymusic@gmail.com

Re:     Luke Ash v. COBR EAST BATON ROUGE PARISH LIBRARY, et al.,
EEOC Charge No. 461-2026-00373

Dear Luke Ash,

You are receiving this notice because you filed the above charge(s) with the Equal Employment Opportunity Commission (EEOC), and you or your attorney specifically requested this notice.

Because either 180 days have passed since you filed the above charge(s), or because the EEOC has determined that it will not be able to conclude its administrative process within 180 days of the date it assumed jurisdiction of the charge(s), you are hereby notified that you have the right to file a lawsuit commencing a civil action based on the charge(s) under the following statute(s):

- Title VII of the Civil Rights Act of 1964, 42 USC. 42 U.S.C. § 2000e, et seq.

If you decide to file a lawsuit under the statute(s) identified above, **you must file it in the appropriate court within 90 days of receiving this Notice**.  This

Notice should not be taken to mean that the Department of Justice has made a judgment as to whether your charge is meritorious.  If you haven't already, you may want to consult with a private attorney of your own choosing and expense.

If you have questions or wish to inspect the investigative file pertaining to this matter, please address your inquiry to the following EEOC office: New Orleans Field Office. Contact information for this office can be located at https://www.eeoc.gov/field-office/neworleans/location.

Sincerely,

Complaint Referral Unit
Employment Litigation Section
Civil Rights Division

CC: lukeandemilymusic@gmail.com, ahill@lc.org, ebranzaru@brgov.com, kory.fascio@eeoc.gov

## Contact

civilrights.justice.gov

 U.S. Department of Justice Civil Rights Division 950 Pennsylvania Avenue, NW Washington, D.C. 20530-0001

(202) 514-3847
1-855-856-1247 (toll-free)
Telephone Device for the Deaf (TTY) (202) 514-0716