INCLUSIVITY



### EAST BATON ROUGE PARISH LIBRARY

## Policy Statement



Created: March 4, 1994
Revised: February 7, 2022

### Inclusivity

The East Baton Rouge Parish Library values equity, diversity, and inclusion for employees. It is Library policy to provide and maintain an environment conducive to the safety and well-being of its employees, free of harassment, bullying, intimidation and bias of any kind.

There are numerous guarantees within the Constitution and laws of our nation and state that guarantee equality to all people. Library policy and philosophy uphold all of these guarantees. Furthermore, the Library provides an atmosphere in which all employees are welcomed, accepted and respected, regardless of age, gender identity or expression, race, social, economic, and ethnic background, sexual preference, religious preference, and any other distinguishing characteristic.

Their respect and acceptance can be destroyed by thoughtless or careless expressions of opinion, derogatory words, name-calling, and any number of other actions and gestures, whether consciously or unconsciously and regardless of degree. All employees are expected to speak and act appropriately while at work, both in public areas in view of patrons and in the privacy of work areas.

All employees have the right to:

- Be addressed by their chosen name and pronouns.
- Dress in a manner consistent with their gender identity and expression.
- Decide if, when, how, and with whom to share personal information regarding gender identity, gender expression, medical history, and any other confidential information.

We must all work to recognize the value of our colleagues and give them the respect and support each of us needs to live and thrive.

