

# EAST BATON ROUGE PARISH LIBRARY

7711 Goodwood Boulevard
Baton Rouge, Louisiana 70806

**HAND DELIVERY**

July 09, 2025

Mr. Luke Ash
15453 Becky Lee
Baton Rouge, LA 70819

Dear Mr. Ash:

Since your employment of March 21, 2025, it has been determined that you have not met the standards as acceptable by the East Baton Rouge Parish Library System as a Library Technician I full-time employee.

In accordance with the Rules Governing Employees in the Classified Service of the City of Baton Rouge and Parish of East Baton Rouge Rule VII, Section 4, your employment with the City of Baton Rouge Parish of East Baton Rouge, East Baton Rouge Parish Library will terminate on Thursday July 10, 2025. Since you are still in your six-month working test period, and have not established status as a regular employee, you have no appeal rights before the Personnel Board.

Sincerely,

Library Director

Katrina Stokes
East Baton Rouge Parish Library Director

KS: tla

CC: Ms. Elena Branzaru, Personnel Section Chief, Paish Attorney's Office
     Ms. Latoya Pierson, Director of Human Resources
     Ms. Katrina Stokes East Baton Rouge Parish Library Director

www.ebrpl.com